# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| AARDVARK BAILBONDS, LLC AND BILL CHARRIER | CIVIL ACTION NO. 09-1419 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BELLSOUTH ADVERTISING & PUBLISHING CORP AND MIKE STRATTON | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Charrier and Aardvark's Motion to Remand (Doc. 8) is **GRANTED** and the case is **REMANDED** to the 1st Judicial District, Caddo Parish, Louisiana.

**IT IS FURTHER ORDERED** that BellSouth's Motion to Dismiss or Transfer Venue (Doc. 11) is **DENIED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 17th day of February, 2010.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE